IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 9:21-cv-81012-AMC

KESHA C. PERKINS,

    Plaintiff,

vs.

WESTERN WORLD INSURANCE COMPANY,

    Defendant.

_____/

## JOINT STIPULATION AND AGREEMENT

COMES NOW, KESHA PERKINS ("INSURED") and WESTERN WORLD INSURANCE COMPANY ("WESTERN"), collectively referred to as "The PARTIES", who stipulate to participate in binding appraisal for Claim Number 135778 ("CLAIM") pursuant the policy governing the CLAIM that was issued by WESTERN to the INSURED for property located at 2638 Sawyer Terrace, Wellington, FL 33414 ("INSURED PROPERTY") bearing Policy Number WHOH0002609-01-0000 ("POLICY") and stipulate as well as agree to the following terms and conditions:

    1.    INSURED and WESTERN stipulate to submit this matter to binding appraisal pursuant to the POLICY.

    2.    INSURED acknowledges that she and WESTERN INSURANCE COMPANY are in litigation over an insurance claim removed to the United States District Court for the Southern District of Florida, Palm Beach Division, bearing Case Number 9:21-cv-81012-AMC, and styled *Kesha Perkins v. Western Insurance Company,* arising out of and/or relating to loss, damage, or

expense sustained, claimed, alleged or incurred as a result of an incident occurring on or about September 10, 2017, at the INSURED PROPERTY, associated with the CLAIM and POLICY (hereinafter "PROCEEDINGS").

3. The PARTIES will designate their competent and impartial appraisers within twenty (20) days from the date of this executed Stipulation. The PARTIES' appraisers will agree upon an umpire within fifteen (15) days from the date of this Stipulation. The PARTIES stipulate to use their best efforts to have the appraisal process completed within sixty (60) days from the date of this Stipulation, but if it cannot occur within that timeframe, after using reasonable efforts, they are to continue their best efforts to complete the appraisal process.

4. The PARTIES stipulate that the appraisal award will be binding on The PARTIES absent fraud, and that said binding award will be subject to the POLICY. The INSURED agrees and stipulate that any award payment will be reduced by prior payments, limits and applicable deductibles.

5. Within fifteen (15) days of entry of the appraisal award, the INSURED stipulates and agrees that she will execute a release fully and completely releasing WESTERN INSURANCE COMPANY, its respective stakeholders, directors, officers, agents, brokers, representatives, employees, related or affiliated companies, subsidiaries, beneficiaries, heirs, successors, assigns and executors from and against any and all past, present and future losses, liabilities, responsibilities, demands, obligations, actions, causes of action, rights, judgments, interest, damages, compensation of any kind, liens, expenses (including attorney's fees and costs), and claims whatsoever, in law or in equity, whether based in statute, tort, contract, extra-contractual theories, or any other theories in law or equity, whether known or unknown, whether discovered or undiscovered, whether fixed or contingent, which arise out of, relate to or result from the CLAIM or PROCEEDINGS. Said Release will be provided by WESTERN to the INSURED for execution within five (5) days of entry of the appraisal award.

6. The PARTIES stipulate that in the event it is found that the INSURED is entitled to additional sums of money based on the appraisal award, such payment shall be made by

WESTERN to the INSURED within twenty (20) days of WESTERN's receipt of the Release executed by the INSURED.

7. The PARTIES stipulate that WESTERN will pay $12,500.00 Dollars and Zero Cents ($12,500.00) to the INSURED'S counsel, GROSSMAN, LeMONTANG & de la FUENTE, PLLC, within twenty (20) days from entry of the appraisal award to fully resolve any and all attorneys' fees and costs claimed in relation to the CLAIM or PROCEEDINGS.

8. The PARTIES stipulate and agree to the execution and filing of a Joint Stipulation of Dismissal with Prejudice of the PROCEEDINGS within twenty-one (21) days from entry of the appraisal award.  The PARTIES further stipulate and agree to entry by the Court of a Final Order dismissing the PROCEEDINGS with prejudice with the Court to retain jurisdiction over the settlement agreement.

9. The PARTIES stipulate and agree that it is the intent of this Stipulation that all issues between The PARTIES will be completely resolved by the appraisal panel's award and the stipulations and agreements made herein.

10. The PARTIES agree to jointly submit this Stipulation to the Court within five (5) days of its execution and that execution of this Stipulation will result in abatement of the PROCEEDINGS until they are ultimately dismissed with prejudice as set forth herein.

| | |
|---|---|
| _/s/J. Bruno De La Fuente_ | _/s/ Steven Teebagy_ |
| J. BRUNO DE LA FUENTE, ESQUIRE | STEVEN TEEBAGY, ESQUIRE |
| 75 Valencia Avenue, Suite 800 | The Teebagy & Medeiros Law Group, PLLC |
| Coral Gables, Florida 33145 | P.O. Box 221647 |
| Legal Counsel for INSURED | West Palm Beach, FL 33422 |
| | Legal Counsel for WESTERN |
| | INSURANCE COMPANY |
| Dated: October 14, 2021 | Dated: October 14, 2021 |
| | |
| KESHA PERKINS | SHAYLA HAWKINS AS |
| | WESTERN'S DULY AUTHORIZED |
| | REPRESENTATIVE |
| Dated: October 14, 2021 | Dated: October 14, 2021 |