IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 9:21-cv-81012-AMC

KESHA C. PERKINS,

    Plaintiff,

vs.

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.
_____/

### DEFENDANT'S RESPONSE TO PLAINTIFF'S RENEWED MOTION TO COMPEL APPRAISAL [D.E. 34]

COMES NOW, KESHA PERKINS ("Plaintiff") and WESTERN WORLD INSURANCE COMPANY ("Western" or "Defendant"), collectively referred to as the "Parties," hereby files this Response to Plaintiff's Renewed Motion to Compel Appraisal, and responds as follows:

1. On October 14, 2021, the Parties filed their Joint Stipulation and Agreement. *See* D.E. 35.

2. Pursuant to the agreement entered into between the Parties, *the Parties stipulate to submit this matter to binding appraisal* and that all issues will be completely resolved by the appraisal panel's award and the stipulations and agreements, as reflected in the Stipulation and described more fully therein. *See* D.E. 35.

3.     In light of the stipulation entered into between the Parties, they jointly request the Court to *abate* the above-styled proceedings until they are ultimately dismissed with prejudice as set forth in the Stipulation; the Joint Motion to Abate is pending before the Court *See* D.E. 36.

4.     This matter will be brought to its conclusion following the appraisal process and the parties will promptly notify the Court of same and file a Stipulation for Dismissal with Prejudice as agreed to in the Stipulation related to appraisal. *See* D.E. 35 & 36.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 14th day of October 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Steven C. Teebagy*
Steven C. Teebagy, Esquire
Florida Bar No.: 64823
Crystalin C. Medeiros, Esquire
Florida Bar No.: 56342
Bethany Ruiz, Esquire
Florida Bar No. 107059
**The Teebagy & Medeiros Law Group, PLLC**
P.O. Box 221647
West Palm Beach, FL 33422
Phone: (561) 229-0280
Facsimile: (561) 229-0281
Service Email: eservice@thetmlaw.com
Counsel for Defendant

<u>**SERVICE LIST**</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

KESHA C. PERKINS V. WESTERN WORLD INSURANCE GROUP

CASE NO.: 9:21-cv-81012-AMC

Ryan LeMontang, Esquire
Florida Bar No. 119922
J. Bruno De La Fuente, Esquire
Florida Bar No. 8167
Grossman, LeMontang & de la Fuente, PLLC
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Telephone No. (305) 446-0303
Facsimile No. (305) 446-4503
Email: RSL@gldlawyers.com
JBF@gldlawyers.com

*Counsel for Plaintiff*