IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 9:21-cv-81012-AMC

KESHA C. PERKINS,

       Plaintiff,

vs.

WESTERN WORLD INSURANCE
COMPANY,

       Defendant.

                                     /

## JOINT STATUS REPORT

Defendant, Western World Insurance Company ("Western" or "Defendant"), and the

Plaintiffs, Kesha Perkins ("Plaintiff") by and through their undersigned counsel (collectively

referred to as the "Parties"), hereby files this Joint Status Report as ordered in the Court's Paperless

Order Administratively Closing Case [D.E. 39], and in support thereof, states as follows:

     1.     On October 14, 2021, the Parties filed their Notice of Filing Stipulation and

Agreement.  [D.E. 35].

     2.     Pursuant to the agreement entered into between the Parties, the Parties stipulated to

submit this matter to binding appraisal and that all issues will be completely resolved by the

appraisal panel's award and the stipulations and agreements, as reflected in the Stipulation and

described more fully therein. [D.E.35].

     3.     A Joint Motion to Abate the Proceedings Per Stipulation and Agreement was filed

and ultimately granted by this Court.  [D.E. 36 and D.E. 39].

4.      The Court further ordered that the Parties shall submit a joint status report to the Court, describing the progress made in the appraisal every sixty (60) days thereafter. [D.E. 39].

5.      The Plaintiff has named Ariel Martin Caribbean Inspectors and Consultants, Inc. ("Caribbean Inspectors") as its appraiser.  The Defendant has named Anthony Allogia with All Claims Repairs, Inc. ("All Claims") as its appraiser (collectively "appraisers").

6.      On October 26, 2021, October 29, 2021, and November 4, 2021, All Claims sent its list of proposed umpires to Caribbean Inspectors, which included the following twelve (12) proposed umpires:

Tom Wareham
David Justice
Matt Brinegar
Daniel J. Luby
Peter Kapas
Rick Zengler
Jon Doan
Orlando Ruiz
Jim Porter
Richard Collins
Chris Nejame
Randolph Clark

7.      On April 15, 2019, Caribbean Inspectors advised that they did not agree to any of the proposed umpires submitted by All Claims and provided a list of two (2) potential umpires – Scott Thomas and Mario Ross.  That same day, All Claims advised that it was not in agreement and provided ten (10) additional names for the parties to select from as follows:

Bob Davis
Sanford Siegel
Terry Chiappelli
Terry Flenniken, Jr
Michael DeCorte
Emery Kunzman
Art Newman

James Ebell

Rodney Ward

Ted Taylor

8.      That same day, Caribbean Inspectors responded, advising it did not agree with the

additional names proposed by All Claims, informing All Claims that the Parties would need the

Court to appoint an umpire.

9.      A Motion to Appoint Umpire will be filed on Western's behalf under separate cover

in light of the Parties inability to agree upon an umpire in accordance with the Policy.

Dated: December 16, 2021

Respectfully submitted by:

| By:  /s/ J. Bruno De La Fuente | By:   Steven C. Teebagy |
|---|---|
| J. Bruno De La Fuente, Esquire<br>Florida Bar No. 8167<br>Grossman, LeMontang & de la Fuente, PLLC<br>75 Valencia Avenue, Suite 800<br>Coral Gables, Florida 33134<br>Telephone No. (305) 446-0303<br>Facsimile No. (305) 446-4503<br>Email: RSL@gldlawyers.com<br>JBF@gldlawyers.com<br>**Counsel for Plaintiff** | Steven C. Teebagy, Esquire<br>Florida Bar No.: 64823<br>Bethany C. Ruiz, Esquire<br>Florida Bar No.: 107059<br>The Teebagy & Medeiros Law Group, PLLC<br>P.O. Box 221647<br>West Palm Beach, FL 33422<br>(561) 229-0280 Telephone<br>(561) 229-0281<br>Service Email: eservice@thetmlaw.com<br>**Counsel for Defendant** |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 16th day of December 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**The Teebagy & Medeiros Law Group, PLLC**
P.O. Box 221647
West Palm Beach, FL 33422
(561) 229-0280 Telephone
(561) 229-0281 Facsimile
Service Email:  eservice@thetmlaw.com
Counsel for Defendant

By:    /s/  Steven C. Teebagy
Steven C. Teebagy, Esquire
Non-Service Email:  steebagy@thetmlaw.com
Florida Bar No.:  64823
Bethany C. Ruiz, Esquire
Non-Service Email:  bruiz@thetmlaw.com
Florida Bar No.:  107059

## SERVICE LIST

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

KESHA C. PERKINS V. WESTERN WORLD INSURANCE GROUP

CASE NO.: 9:21-cv-81012-AMC

Ryan LeMontang, Esquire
Florida Bar No. 119922
J. Bruno De La Fuente, Esquire
Florida Bar No. 8167
Grossman, LeMontang & de la Fuente, PLLC
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Telephone No. (305) 446-0303
Facsimile No. (305) 446-4503
Email: RSL@gldlawyers.com
JBF@gldlawyers.com

***Counsel for Plaintiff***