IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 9:21-cv-81012-AMC

KESHA C. PERKINS,

        Plaintiff,

vs.

WESTERN WORLD INSURANCE
COMPANY,

        Defendant.

_____/

## JOINT STATUS REPORT

    Defendant, Western World Insurance Company ("Western" or "Defendant"), and the Plaintiffs, Kesha Perkins ("Plaintiff") by and through their undersigned counsel (collectively referred to as the "Parties"), hereby files this Joint Status Report as ordered in the Court's Paperless Order Administratively Closing Case [D.E. 39], and in support thereof, states as follows:

    1.    On October 14, 2021, the Parties filed their Notice of Filing Stipulation and Agreement.  [D.E. 35].

    2.    Pursuant to the agreement entered into between the Parties, the Parties stipulated to submit this matter to binding appraisal and that all issues will be completely resolved by the appraisal panel's award and the stipulations and agreements, as reflected in the Stipulation and described more fully therein. [D.E.35].

    3.    A Joint Motion to Abate the Proceedings Per Stipulation and Agreement was filed and ultimately granted by this Court.  [D.E. 36 and D.E. 39].

4.      The Court further ordered that the Parties shall submit a joint status report to the Court, describing the progress made in the appraisal every sixty (60) days thereafter. *See* D.E. 39.

5.      The Parties' appraisers were unable to agreed on a proposed Umpire, so a Joint Motion to Appoint Umpire was filed in light of the Parties inability to agree upon an umpire in accordance with the Policy. *See* D.E. 41.

6.      This Honorable Court referred the Joint Motion to Appoint Neutral Umpire to United States Magistrate Judge Bruce E. Reinhart for full disposition, and a telephonic hearing took place on or about January 25, 2022.  *See* D.E. 43 & 44.

7.      Magistrate Reinhart requested that the Parties submit any materials for the Court to consider regarding the proposed umpires prior to 5:00 P.M. on February 1, 2022. *See* D.E. 45.

8.      Both Parties submitted their respective materials in support of their proposed umpires, and Magistrate Reinhart granted the Parties' Joint Motion to Appoint a Neutral Umpire, appointing Jon W. Doan to serve as the umpire in the appraisal process. *See* D.E. 46 – 48.

9.      The Parties' appraisers are in the process of coordinating an inspection of the insured property in furtherance of the appraisal.

Dated: February 14, 2022

Respectfully submitted by:

| By:  /s/ J. Bruno De La Fuente | By:  Steven C. Teebagy |
|---|---|
| J. Bruno De La Fuente, Esquire<br>Florida Bar No. 8167<br>Grossman, LeMontang & de la Fuente, PLLC<br>75 Valencia Avenue, Suite 800<br>Coral Gables, Florida 33134<br>Telephone No. (305) 446-0303<br>Facsimile No. (305) 446-4503<br>Email: RSL@gldlawyers.com<br>JBF@gldlawyers.com<br>**Counsel for Plaintiff** | Steven C. Teebagy, Esquire<br>Florida Bar No.: 64823<br>Bethany C. Ruiz, Esquire<br>Florida Bar No.: 107059<br>The Teebagy & Medeiros Law Group, PLLC<br>P.O. Box 221647<br>West Palm Beach, FL 33422<br>(561) 229-0280 Telephone<br>(561) 229-0281<br>Service Email: eservice@thetmlaw.com<br>**Counsel for Defendant** |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 14th day of February 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**The Teebagy & Medeiros Law Group, PLLC**
P.O. Box 221647
West Palm Beach, FL 33422
(561) 229-0280 Telephone
(561) 229-0281 Facsimile
Service Email:  eservice@thetmlaw.com
Counsel for Defendant

By:    /s/   Steven C. Teebagy
     Steven C. Teebagy, Esquire
     Non-Service Email:  steebagy@thetmlaw.com
     Florida Bar No.:  64823
     Bethany C. Ruiz, Esquire
     Non-Service Email:  bruiz@thetmlaw.com
     Florida Bar No.:  107059

## SERVICE LIST

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

KESHA C. PERKINS V. WESTERN WORLD INSURANCE GROUP

CASE NO.: 9:21-cv-81012-AMC

Ryan LeMontang, Esquire
Florida Bar No. 119922
J. Bruno De La Fuente, Esquire
Florida Bar No. 8167
Grossman, LeMontang & de la Fuente, PLLC
75 Valencia Avenue, Suite 800
Coral Gables, Florida 33134
Telephone No. (305) 446-0303
Facsimile No. (305) 446-4503
Email: RSL@gldlawyers.com
JBF@gldlawyers.com

***Counsel for Plaintiff***